Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400
F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
MOISES MEMESES.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOISES MEMESES, | ) Case No.: 3:11-cv-5682-NC |
| Plaintiff, | ) NOTICE OF SETTLEMENT |
| v. | ) |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, MOISES MEMESES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

DATED: February 6, 2012            KROHN & MOSS, LTD.


                                   By: /s/ Mahadhi Corzano

                                   Mahadhi Corzano
                                   Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

Jeff Wood

jwood@crsresults.com


                                           /s/ Mahadhi Corzano
                                           Mahadhi Corzano
                                           Attorney for Plaintiff