Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400
F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
MOISES MEMESES.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOISES MEMESES, | ) Case No.: 3:11-cv-5682-NC |
| Plaintiff, | ) **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | ) |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) |
| Defendant. | ) |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, MOISES MEMESES, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

          Respectfully Submitted,

DATED: April 9, 2012   KROHN & MOSS, LTD.


         By: <u>/s/ Mahadhi Corzano</u>

          Mahadhi Corzano
          Attorney for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System.  A copy of said document was electronically submitted by electronic mail to the following:

Jeff Wood

jwood@crsresults.com

/s/ Mahadhi Corzano____
Mahadhi Corzano
Attorney for Plaintiff
